UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DRAQUAN M. GADDY,

    Plaintiff,

v.

JP MORGAN CHASE BANK,

    Defendant.

CIVIL ACTION NO.
1:23-CV-00660-JPB

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Restate Claim [Doc. 14]. This Court finds as follows:

Plaintiff filed this action against Defendant on February 13, 2023. [Doc. 2]. On February 27, 2023, the Magistrate Judge entered an order granting Plaintiff's request to proceed *in forma pauperis*. [Doc. 3, p. 6]. In that same order, the Magistrate Judge reserved ruling on the frivolity determination to permit Plaintiff an opportunity to replead his claims. Id. The Magistrate Judge ordered Plaintiff to amend his complaint in fourteen days and gave Plaintiff detailed repleading instructions. Id.

Plaintiff filed an amended complaint on April 3, 2023.[1] [Doc. 6]. On May 1, 2023, the Magistrate Judge issued his Final Report and Recommendation, in which he recommended dismissing Plaintiff's claim for failure to comply with the Court's repleading instructions and for failure to state a plausible claim. [Doc. 7]. In pertinent part, the Magistrate Judge determined that the amended complaint still suffered from the same deficiencies as the original complaint. Id. at 2. Plaintiff did not timely file objections to the Report and Recommendation. As a result, on May 22, 2023, the Court adopted the Report and Recommendation as the order of the Court and dismissed the action. [Doc. 9].

After the deadline for filing objections passed, Plaintiff filed a Motion for an Extension of Time to file his Objections. The Court granted Plaintiff's request and extended the time for Plaintiff to file objections through and including June 20, 2023. See May 30, 2023 Docket Entry. On June 12, 2023, Plaintiff filed another request seeking an extension of time to file his objections. [Doc. 12]. Once again, the Court granted Plaintiff's request and extended Plaintiff's deadline to file objections through and including June 28, 2023. See June 14, 2023 Docket Entry. On June 29, 2023, Plaintiff filed another motion requesting additional time. [Doc.

---

[1] Plaintiff was given additional time to file an amended complaint. The filing was thus timely.

2

13]. While the Court granted Plaintiff's motion, the Court warned Plaintiff that this would be the final extension. See July 7, 2023 Docket Entry. Ultimately, Plaintiff's deadline to object was extended through and including July 13, 2023.

Plaintiff has not filed objections to the recommendation. Instead, on July 7, 2023, Plaintiff filed a Motion to Restate Claim. [Doc. 14]. In the motion, Plaintiff admits that there were errors made in his previous two complaints and states that he would like to amend his complaint a third time if possible. Id. Plaintiff did not, however, submit an amended complaint for the Court to review.

The Court finds that Plaintiff has had ample time to file objections to the Report and Recommendation and/or amend his complaint. Indeed, Plaintiff has been aware of the pleading deficiencies since February 28, 2023. Ultimately, Plaintiff's Motion to Restate Claim is **DENIED**.

**SO ORDERED** this 7th day of August, 2023.

J. P. BOULEE
United States District Judge